### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marilee Mariano and <br> Michael Mariano, h/w <br> 12165 Southwest Bayberry Avenue <br> Port St. Lucie, FL, 34987 <br>           Plaintiffs <br>    vs. <br><br> Tom's Kitchen <br> 656 PA-93 <br> Sugarloaf, PA 18249 <br><br>    And <br><br> Clinton Bachert <br> 656 PA-93 <br> Sugarloaf, PA 18249 <br>           Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> NO.: 2:22-cv-04135 <br> : <br> : <br> : <br> : <br> JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **STIPULATION TO DISMISS**

The matter in difference in the above-entitled action having been amicably agreed by and between the parties to go be refiled in the United States district Court Middle District of Pennsylvania, it is hereby STIPULATED and agreed that the same be and it is hereby DISMISSED without prejudice and without costs against either party.

Dated: 10/19/2022

                                                  R. TYLER TOMLINSON, ESQ.
                                                Attorneys for Plaintiff
                                                **STARK & STARK**
                                                777 Township Line Rd., Suite 120
                                                Yardley, PA   19067
                                                Telephone:  (267) 907-9617
                                                Fax: (267) 907-9659
                                                ttomlinson@stark-stark.com

Dated: 10/19/2022                                *s/Sean V. Kemether*
                                                                                   SEAN V. KEMETHER, ESQ.
Attorney for Defendants
**LAW OFFICES OF DONNA M. DIPIETRO**
660 w. Germantown Pike, Suite 100
Plymouth Meeting, PA 19462
(T) 610-212-5998
Kemets1@nationwide.com